UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| JACQUELINE M. DILUZIO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, Acting Commissioner )<br>of Social Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 2:16-CV-50-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's objections to the M&R [D.E. 26] are OVERRULED, plaintiff's motion for judgment on the pleadings [D.E. 16] is DENIED, defendant's motion for judgment on the pleadings [D.E. 22] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED.

**This Judgment Filed and Entered on August 14, 2017, and Copies To:**

| | |
|---|---|
| Kristin Gordon | (via CM/ECF electronic notification) |
| Kaba-Kadi A. Kazadi | (via CM/ECF electronic notification) |

DATE:  
August 14, 2017

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Briggeman  
Deputy Clerk